IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PARAMDEEP "PAM" KHURANA                                                      PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:08cv687 TSL-JCS

HINDS COMMUNITY COLLEGE                                                    DEFENDANT

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this 10th day of November, 2008.

    /s/Tom S. Lee
    UNITED STATES DISTRICT JUDGE